UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAMUEL D. MARTIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:03CV480 HEA |
| ) | |
| JAMES PURKETT and JEREMIAH W. ) | |
| "JAY" NIXON ) | |
| ) | |
| Respondent. ) | |

## **JUDGMENT**

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the Petition for Writ of Habeas Corpus filed by Samuel D. Martin is denied.

**IT IS FURTHER ORDERED** that this Court will not issue a certificate of appealability as movant has not made a substantial showing of the denial of a federal constitutional right.

Dated this 27th day of December, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE